JAMES BRADLEY, an Infant, by CORNELIUS BRADLEY, His Guardian ad Litem, Appellant, v. HENRY W. PARTRIDGE, Respondent.— Order setting aside verdict in favor of plaintiff reversed upon the facts, and verdict† reinstated, with costs.

---

* Added by Laws of 1924, chap. 534; since amd. by Laws of 1925, chap. 167, and Laws of 1926, chap. 730.— [REP.

† Verdict was for $2,500 in an action for personal injuries resulting in loss of middle finger torn from left hand at second joint.— [REP.

In our opinion there was ample evidence to sustain the verdict of the jury. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.